UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALICIA LYNN RODDY

    Petitioner,

v.                                     Case No. 5:22cv309/TKW/MAL

BARRY WINGFIELD, WARDEN
F.C.I. MARIANNA

    Respondent.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 15). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's recommended disposition of Petitioner's amended habeas petition. Accordingly, it is

  **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The amended petition under 28 U.S.C. §2241 (Doc. 11) is:

    a. DENIED as to Grounds One and Two; and

    b. DISMISSED as to Grounds Three and Four.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 23rd day of February, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**